# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRANDEN D. SIMS**
**ADC #202400712**                                                                          **PLAINITFF**

**V.**                       **NO. 3:24-cv-00070-BSM-ERE**

**GREENE COUNTY DETENTION CENTER**                              **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Branden Sims' motion requesting that the Court order his transfer to another detention facility because of on-going problems with the mail. *Doc. 5*. "Except in rare circumstances, [which are not present here,] the Court does not have the authority to direct the . . . the specific housing of any inmate." *Thomas v. Kelley*, No. 6:19-CV-06108, 2020 WL 4760166, at *2 (W.D. Ark. July 30, 2020).[1] Additionally, Mr. Sims does not have a statutory or constitutional right to be housed in any particular detention facility. *Manthey v. Sabol*, 80 Fed. Appx. 538, *1 (8th Cir. 2003) (unpub. per curiam) (citing *Olim v. Wakinekona*, 461 U.S. 238, 245 (1983)). If Mr. Sims continues to disagree with how his mail is being handled, he can file a grievance at the detention facility and exhaust his available remedies.

---

[1] Report and recommendation adopted, No. 6:19-CV-6108, 2020 WL 4760153 (W.D. Ark. Aug. 17, 2020).

IT IS THEREFORE ORDERED THAT Mr. Sims' motion (*Doc. 5*) is DENIED.

Dated 17 May 2024.

_____
UNITED STATES MAGISTRATE JUDGE