IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDEN D. SIMS**  **PLAINTIFF**
**# 202400712**

v.  **CASE NO. 3:24-CV-00070-BSM**

**GREENE COUNTY DETENTION CENTER**  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 7] is adopted. Branden Sims's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE