IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDEN D. SIMS**                                                  **PLAINTIFF**
**# 202400712**

v.                    **CASE NO. 3:24-CV-00070-BSM**

**GREENE COUNTY DETENTION CENTER**                 **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE